IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01377-CMA-MEH

NANCY L. HENDERLONG,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2008.**

    The parties' Joint Motion for Entry of Stipulated Protective Order [filed December 29, 2008; docket #28] is **granted**. The Stipulated Protective Order is entered contemporaneously with this order.