IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01377-CMA-MEH

NANCY L. HENDERLONG,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

# ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

    Pending before the Court is Defendant's Motion for Protective Order [filed November 10, 2008; docket #19]. In light of the parties' briefing and this Court's order in *Bishelli v. State Farm Mutual Auto. Ins. Co.*, No. 07-cv-00385-WYD-MEH, 2008 WL 280850, at *1-2 (D. Colo. Jan. 31, 2008), Defendant shall submit the Colossus computer program's valuations relating to Plaintiff in hard copy and appropriately labeled directly to Chambers no later than **January 14, 2009** for *in camera* review.

    Dated at Denver, Colorado, this 31st day of December, 2008.

                                                BY THE COURT:

                                                s/ Michael E. Hegarty
                                                Michael E. Hegarty
                                                United States Magistrate Judge