IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01377-CMA-MEH

NANCY L. HENDERLONG,

    Plaintiff,
v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 16, 2009.**

    The Stipulated Motion to Amend Scheduling Order [filed January 15, 2009; docket #35] is **granted in part and denied in part**. The dates and deadlines in this matter are reset as follows:

    Deadline for Expert Disclosures: March 2, 2009;
    Discovery Cutoff: April 24, 2009;
    Dispositive Motion Deadline: May 17, 2009;[1] and
    Rebuttal Witnesses Cutoff: June 6, 2009.

    Furthermore, the Settlement Conference set in this matter for Friday, March 6, 2009, at 9:30 a.m. in Colorado Springs is hereby **vacated**. The parties are instructed to conference together and call Chambers at (303) 844-4507 on or before Wednesday, **January 21, 2009**, to set a new date.

---

    [1]The Motion actually lists this date as April 17, 2009, but the Court construes it as May, as the Dispositive Motion deadline is typically set after the Discovery Cutoff, and the other dates are listed chronologically.