IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01377-CMA-MEH

NANCY L. HENDERLONG,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2009.**

    The Stipulated Motion to Amend Scheduling Order [filed February 23, 2009; docket #42] is **granted**. The Scheduling Order, as amended on January 16, 2009 [docket #37], is further amended as follows:

        Deadline for Amendment of Pleadings: **April 1, 2009**
        Rebuttal Expert Witnesses Cutoff: **June 6, 2009**