IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01377-CMA-MEH

NANCY L. HENDERLONG,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2009.**

    In light of the settlement in this matter, Plaintiff's Motion to Amend Her Complaint - Opposed [filed April 1, 2009; docket #49] is **denied as moot**.

    The parties shall file dismissal papers on or before **April 30, 2009**.