IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01377-CMA-MEH

NANCY L. HENDERLONG,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 53). The Court, having reviewed the file and being so advised, GRANTS the Motion. It is hereby

ORDERED that the complaint and claims of the Plaintiff asserted against the Defendant in the above-captioned civil action are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and fees.

DATED: May __14__, 2009

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge